IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MICHAEL HUBERT,

    Defendant.

Case Nos. 14-CR-157-GKF
20-CV-476-GKF-JFJ

## JUDGMENT

Pursuant to the order entered this date, judgment is hereby entered in favor of plaintiff, the United States of America, and against defendant, Joseph Michael Hubert, on defendant's "Request to Vacate the Conviction and Sentence" which the court construes as a motion under 28 U.S.C. § 2255.

ENTERED this 24th day of September, 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE